```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 63359
   WAYNE G MCCLAIN
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2714

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/08/2005 and was confirmed 04/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 03/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO BANK NA      CURRENT MORTG    24216.45          .00       24216.45
WELLS FARGO BANK NA      MORTGAGE ARRE     5391.80          .00        5391.80
PEOPLES GAS LIGHT & COKE UNSECURED         2903.91          .00         872.69
AT & T BANKRUPCTY        UNSECURED       NOT FILED          .00            .00
US RAILROAD RETIREMENT B UNSECURED         4844.08          .00        1455.75
JEFFERSON CAPITAL SYSTEM UNSECURED          170.11          .00          51.12
ASSET ACCEPTANCE CORP    UNSECURED         1825.12          .00         548.49
ARROW FINANCIAL SERVICES UNSECURED          350.08          .00         105.21
RECOVERY MANAGEMENT SYST UNSECURED          691.10          .00         207.69
SBC                      NOTICE ONLY    NOT FILED           .00            .00
TIMOTHY K LIOU           DEBTOR ATTY      1,606.20                    1,606.20
TOM VAUGHN               TRUSTEE                                      2,276.60
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              36,732.00

PRIORITY                                              .00
SECURED                                         29,608.25
UNSECURED                                        3,240.95
ADMINISTRATIVE                                   1,606.20
TRUSTEE COMPENSATION                             2,276.60
DEBTOR REFUND                                         .00
                    ---------------         ---------------
TOTALS               36,732.00                  36,732.00



                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63359 WAYNE G MCCLAIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 63359 WAYNE G MCCLAIN